STATE OF CONNECTICUT v. PAUL HUZINA
(7239)

DUPONT, C. J., STOUGHTON and NORCOTT, Js.

Argued March 7—decision released March 15, 1989

*Dante R. Gallucci,* special public defender, for the appellant (defendant).

*Richard F. Jacobson,* with whom, on the brief, was *Donald A. Browne,* state's attorney, for the appellee (state).

PER CURIAM. There is no error.